IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-cr-30020-MJR-5 |
| ) | |
| PABLO ORLANDO RIVERA-PACHECO, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

**REAGAN, Chief Judge:**

On October 31, 2016, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Rivera-Pacheco entered a guilty plea to Count 1 of the indictment—conspiracy to distribute and possess with the intent to distribute controlled substances, a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(C); 21 U.S.C. § 846; and, 18 U.S.C. § 2.

By Report and Recommendation dated October 31, 2016 (Doc. 149), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule a sentencing hearing. The parties were given an opportunity to respond to the

Report and Recommendation, and the deadline elapsed on November 17, 2016 with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 149), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offense set forth in the indictment to which Defendant pled guilty herein.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  The Court **CONFIRMS** that **SENTENCING** shall proceed on <u>**January 27, 2017 at 11 a.m.**</u>.

Finally, the Court SETS the following important deadlines.  Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing**.  Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing**.  If a party intends to present live testimony at the sentencing hearing, a notice identifying witness(es) and summarizing the nature and anticipated length of the testimony must be filed **no later than 14 days before the sentencing hearing**.

**IT IS SO ORDERED.**

DATED: November 21, 2016

<u>*s/ Michael J. Reagan*</u>
Michael J. Reagan
United States District Judge